IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN KLEIN, | : | |
|     Petitioner | : | |
| | : | No. 1:22-cv-00984 |
| v. | : | |
| | : | (Judge Rambo) |
| COMMONWEALTH OF PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : | |
|     Respondent | : | |

# ORDER

**AND NOW**, on this 25th day of April 2023, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner Ryan Klein's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED**;

2. A certificate of appealability shall not issue, as Klein has failed to make a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this Court's procedural ruling is correct, *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                              s/ Sylvia H. Rambo
                                              United States District Judge